**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LUIS S. MUNOZ,**

        **Plaintiff,**

**-vs-**                                     **Case No.  6:12-cv-1787-Orl-28GJK**

**US BANK NATIONAL ASSOCIATION,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) filed November 27, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 29, 2012 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) is **DENIED**.

    3.    This case is dismissed for lack of subject matter jurisdiction.

    4.    The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 27th day of December, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-2-